UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON,<br><br>    Plaintiff,<br><br>v.<br><br>J. GALLEGOS,<br><br>    Defendant. | Case No. 1:19-cv-00539-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT<br><br>(ECF NO. 14)<br><br>ORDER DIRECTING CLERK TO FILE LODGED COMPLAINT (ECF NO. 17) |

    Thomas Gleason ("Plaintiff") is a state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court authorized the issuance of a subpoena on the California Department of Corrections and Rehabilitation ("CDCR") so that Plaintiff could subpoena documents that would allow him to identify Doe Defendant. (ECF No. 10, p. 6). On July 8, 2019, Plaintiff filed a motion to compel production of documents. (ECF No. 14). On July 31, 2019, the CDCR filed a response to the motion. (ECF No. 16). The CDCR opposed the motion, but also provided additional documentation to Plaintiff based on the information provided in Plaintiff's motion to compel. On August 8, 2019, Plaintiff lodged an a First Amended Complaint that identifies Doe Defendant. (ECF No. 17).

    As Plaintiff lodged a First Amended Complaint identifying Doe Defendant, IT IS

1

ORDERED that:

1. Plaintiff's motion to compel is denied as moot; and
2. The Clerk of Court is directed to file Plaintiff's lodged First Amended Complaint (ECF No. 17).

IT IS SO ORDERED.

Dated: **August 14, 2019**

/s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE