UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON,<br><br>    Plaintiff,<br><br>    v.<br><br>G. PLACENCIA,<br><br>    Defendant. | Case No. 1:19-cv-00539-LJO-EPG (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUEST TO HAVE EARLY SETTLEMENT CONFERENCE CONDUCTED BY VIDEO<br><br>(ECF NO. 33) |

Thomas Gleason ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 20, 2019, the Court issued an order regarding early settlement conference, directing defense counsel to either file a notice that Defendant opts out of an early settlement conference, or to contact ADR Coordinator Sujean Park to schedule an early settlement conference. (ECF No. 32). On December 4, 2019, Plaintiff filed a request to have the early settlement conference conducted by video conference. (ECF No. 33). On December 17, 2019, Defendant opted out of an early settlement conference. (ECF No. 35).

As Defendant opted out of having an early settlement conference in this case, Plaintiff's request to have the early settlement conference conducted by video conference is DENIED as

1

moot.

If a settlement conference is set at a later date, Plaintiff may renew his motion.

IT IS SO ORDERED.

Dated: **January 3, 2020**   /s/ Errin P. Grosjean
UNITED STATES MAGISTRATE JUDGE