UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. PLACENCIA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00539-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUBSTITUTE AS MOOT<br><br>(ECF NO. 41) |

　　　Thomas Gleason ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2020, Plaintiff filed a motion to substitute G. Placencia in place of defendant John Doe. (ECF No. 41). As Plaintiff already filed an amended complaint naming G. Placencia as the defendant instead of John Doe (ECF No. 27), there is no need to substitute G. Placencia into the case.

　　　Accordingly, IT IS ORDERED that Plaintiff's motion to substitute is DENIED as moot.

IT IS SO ORDERED.

　　Dated: **January 16, 2020**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1