UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>G. PLACENCIA,<br><br>    Defendant. | Case No. 1:19-cv-00539-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S FIRST MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 60) |

On September 28, 2020, Defendant filed a motion to modify the scheduling order. (ECF No. 60). Defendant states that he has been unable to depose Plaintiff before the current deadline for non-expert discovery due to the COVID-19 pandemic. (Id.). Defendant asks "for an order extending by ninety days each of the following deadlines: (1) the deadline for Defendant to conduct Plaintiff's deposition; (2) the deadline for the parties to file dispositive motions; and (3) the deadline for Defendant to file and serve a report indicating whether the parties want the Court to set a settlement conference." (ECF No. 60-1, p. 1).

The Court finds good cause to grant Defendant's motion. Accordingly, the deadlines in the scheduling order (ECF No. 50) are modified as follows:

| Event | Deadline/Date |
|---|---|
| Deadline to Depose Plaintiff | January 28, 2021 |
| Dispositive Motion Filing Deadline | March 1, 2021 |
| Deadline for Report re: Settlement Conference | February 4, 2021 |

\\\

\\\

- 1 -

1    All other dates and deadlines remain as previously set.[1]

2

3    IT IS SO ORDERED.

4    Dated:  **September 30, 2020**            /s/ Erica P. Grosjean
5                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the Telephonic Trial Confirmation Hearing is currently set for September 15, 2021, at 8:15 a.m., and that the trial has not yet been set.