UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., <br><br> Plaintiff, <br><br> v. <br><br> G. PLACENCIA, <br><br> Defendant. | Case No. 1:19-cv-00539-NONE-EPG (PC) <br><br> ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY SCHEDULING ORDER <br><br> (ECF No. 63) |

On January 12, 2021, Defendant filed a second motion to modify the scheduling order. (ECF No. 63). Defendant requests "an order modifying and continuing each of the existing deadlines by at least forty-five days…." (Id. at 1).[1] "The circumstances are due to Defendant's prior counsel's departure from the Office of the Attorney General and new counsel's inability to onboard within the current deadlines." (ECF No. 63-1, p. 1).

The Court notes that the current defense counsel appears to be the fourth attorney that has been assigned to represent the defendant in this case. Moreover, this is Defendant's second motion to modify the scheduling order. The Court looks with disfavor on repeated request for extension of time based on repeated changes of counsel.

Nevertheless, the Court finds good cause to grant Defendant's motion, although it is highly unlikely that the Court will grant any further extensions to these deadlines.

While the Court is granting Defendant's motion, in light of the ongoing judicial emergency in this district, and the coronavirus (COVID-19) outbreak and evolving coronavirus

---

[1] At times Defendant asks that each deadline be continued by ninety days instead of forty-five days. As forty-five days is what is listed in both the notice and the proposed order, it appears that Defendant is asking for a forty-five-day extension.

- 1 -

protocols, the Court will not continue the telephonic trial confirmation hearing and related deadlines. Instead, the Court will vacate these deadlines, and will reset them if a motion for summary judgment is not filed or if the case survives summary judgment.

Accordingly, the deadlines are modified as follows:

| Event | Deadline/Date |
|---|---|
| Deadline to Depose Plaintiff | March 15, 2021 |
| Deadline for Report re: Settlement | March 22, 2021 |
| Dispositive Motion Filing Deadline | April 16, 2021 |
| Expert Disclosure Deadline | June 22, 2021 |
| Rebuttal Expert Disclosure Deadline | July 27, 2021 |

Additionally, the telephonic trial confirmation hearing and related deadlines are VACATED. The Court will reset these deadlines if a motion for summary judgment is not filed or if the case survives summary judgment.[2]

IT IS SO ORDERED.

Dated:   **January 19, 2021**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

[2] The Court may require the parties to participate in a settlement conference before resetting these deadlines.