UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., <br><br> Plaintiff, <br><br> v. <br><br> G. PLACENCIA, <br><br> Defendant. | Case No. 1:19-cv-00539-NONE-EPG (PC) <br><br> ORDER REQUIRING PARTIES TO PARTICIPATE IN SETTLEMENT CONFERENCE |

The deadline for Defendant to file a motion for summary judgment has passed, and Defendant did not file a motion for summary judgment. Given this, and the ongoing judicial emergency in the Eastern District of California, the Court will require the parties to participate in a settlement conference.[1]  Accordingly, within fourteen days of the date of service of this order, Defendant shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference.

IT IS SO ORDERED.

Dated:   **April 22, 2021**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] On March 22, 2021, Defendant filed a status report indicating that defense counsel does not believe this case is suitable for a settlement conference. (ECF No. 65). Defendant also requested that, if a settlement conference is set, it be set after the pretrial conference. (Id.). However, given that the summary judgment deadline has passed and this case is still proceeding, and the ongoing judicial emergency in the Eastern District of California, the Court will require the parties to participate in a settlement conference and will not reset the telephonic trial confirmation hearing or the trial until after the settlement conference has been conducted.

1