# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | Case No. 1:19-cv-00539-NONE-EPG (PC) |
| Plaintiff, | ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILING TO FILE A PRETRIAL STATEMENT THAT COMPLIES WITH THE LOCAL RULES |
| v. | |
| G. PLACENCIA, | |
| Defendant. | THIRTY-DAY DEADLINE |

On June 14, 2021, the Court issued an order setting a Telephonic Trial Confirmation Hearing and giving Plaintiff until August 6, 2021, to file a pretrial statement. (ECF No. 71). The Court also directed the Clerk of Court to send Plaintiff a copy of Local Rule 281(b) (which lists the information that should be included in a pretrial statement), and informed the parties that "failure to file pretrial statements as required by this order may result in the imposition of appropriate sanctions, which may include dismissal of the action or entry of default." (Id. at 5).

On July 2, 2021, Plaintiff filed his pretrial statement. (ECF No. 73). While Plaintiff does appear to list what he believes are the relevant facts, does discuss prior settlement negotiations, and does include some relevant case law, Plaintiff does not include any of the other information required by the local rules. Most importantly, Plaintiff does not list the witnesses he intends to call or the exhibits he intends to use at trial.

Accordingly, it is HEREBY ORDERED that, within thirty (30) days from the date of service of this order, Plaintiff shall show cause why he should not be sanctioned, either with

1

dismissal of this case or preclusion of the unlisted witnesses and evidence, for failing to file a pretrial statement that complies with this Court's Local Rules. If, instead of filing a response, Plaintiff files a pretrial statement that substantially complies with the Local Rules, the Court will discharge this order to show cause.

IT IS SO ORDERED.

Dated: **July 7, 2021**

/s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE