# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | Case No. 1:19-cv-00539-NONE-EPG (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILING TO FILE A PRETRIAL STATEMENT THAT COMPLIES WITH THE LOCAL RULES |
| v. | |
| G. PLACENCIA, | |
| Defendant. | (ECF No. 74) |

On July 7, 2021, the Court ordered Plaintiff to "show cause why he should not be sanctioned, either with dismissal of this case or preclusion of the unlisted witnesses and evidence, for failing to file a pretrial statement that complies with this Court's Local Rules." (ECF No. 74, pgs. 1-2). The Court informed Plaintiff that, "[i]f, instead of filing a response, Plaintiff files a pretrial statement that substantially complies with the Local Rules, the Court will discharge this order to show cause." (Id. at 2).

On August 4, 2021, Plaintiff filed an updated pretrial statement. (ECF No. 77). Plaintiff's updated pretrial statement includes the witnesses he intends to call and the evidence he intends to use at trial. (Id. at 6-7).

The Court finds that Plaintiff's updated pretrial statement substantially complies with the Local Rules.

///

///

1

1        Accordingly, IT IS ORDERED that the order for Plaintiff to show cause why he should

2   not be sanctioned for failing to file a pretrial statement that complies with the Local Rules is

3   DISCHARGED.

4

5   IT IS SO ORDERED.

6     Dated:   **August 5, 2021**                 /s/ Erica P. Grosjean

7                                   UNITED STATES MAGISTRATE JUDGE