UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., <br><br> Plaintiff, <br><br> v. <br><br> G. PLACENCIA, <br><br> Defendant. | Case No. 1:19-cv-00539-NONE-EPG (PC) <br><br> ORDER DIRECTING DEFENDANT TO FILE A RESPONSE RE: ALLEGED FAILURE TO PRODUCE MEDICAL RECORDS |

On March 23, 2020, the Court issued an order directing Defendant to "produce to Plaintiff all relevant medical and psychiatric records from 2017 that relate to the incident(s) at issue in the complaint or serve their objections to producing these documents." (ECF No. 49, p. 3).

In the pretrial statement Plaintiff filed on August 4, 2021, Plaintiff alleges that "it should be duly noted that this Court has ordered the defendant to turn over the medical documents but they have yet to turn them over." (ECF No. 77, p. 7).

Given Plaintiff's allegation that Defendant failed to comply with this Court's order, IT IS ORDERED that Defendant has seven days from the date of service of this order to file a response to Plaintiff's allegation that Defendant failed to produce the relevant medical records.

IT IS SO ORDERED.

Dated: **August 9, 2021**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE