# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., <br><br> Plaintiff, <br><br> v. <br><br> G. PLACENCIA, <br><br> Defendant. | Case No. 1:19-cv-00539-NONE-EPG (PC) <br><br> ORDER RE: PLAINTIFF'S NOTICE OF CLERICAL ERROR <br><br> (ECF No. 86) |

On October 27, 2021, Plaintiff filed a notice of clerical error. (ECF No. 86). Plaintiff states that he received the minutes issued by the Court on October 8, 2021, but that he also received another inmate's mail as well. Plaintiff writes to inquire whether that inmate received mail that Plaintiff should have received.

There is no indication on the Court's docket that mail meant for Plaintiff was sent to another inmate. The Court notes that on October 15, 2021, the tentative pretrial order was issued. (ECF No. 85). If Plaintiff has not received the tentative pretrial order when he receives this order, he should file a motion with the Court asking for a copy of the tentative pretrial order.

IT IS SO ORDERED.

Dated: **October 28, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1